ANNA NELSON, NO. 12606
MORGAN, MINNOCK, RICE & MINER, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone No.: (801) 531-7888
Facsimile No.: (801) 531-9732
E-mail: anelson@mmrm.com

*Attorney for Plaintiff Owners Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SARATOGA SPRINGS OWNERS ASSOCIATION, INC.,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT FOR DECLARATORY RELIEF WITHOUT PREJUDICE**<br><br><br>Civil No.  2:18-cv-00170-DN<br><br>Judge David Nuffer |

Pursuant to Fed. R. Civ. P. 41, plaintiff Owners Insurance Company, by and through counsel of record, Morgan, Minnock, Rice & Miner, L.C., hereby gives notice of the Voluntary dismissal of the Complaint for Declaratory Relief. The case is hereby voluntarily dismissed without prejudice.

DATED this 12th day of July, 2018.

                                      MORGAN, MINNOCK, RICE & MINER, L.C.

                                      */s/ Anna Nelson*_____
                                      Anna Nelson
                                      *Attorney for Plaintiff Owners Insurance Company*